IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDY NASSAR | § | PLAINTIFF |
| | § | |
| V. | § | 1:05CV367LG-RHW |
| | § | |
| ACADEMY SPORTS & OUTDOORS | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment, and the Court, after a full review and consideration of the motion, the pleadings on file, the summary judgment evidence, and the relevant legal authority, concludes that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's § 1981 claim should be and is hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's Title VII claims, judgment is rendered in favor of the Defendant, Academy Sports & Outdoors, pursuant to FED. R. CIV. P. 56.  These claims are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE